**DISMISS and Opinion Filed December 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01238-CV

### DUFEK MASSIF HOSPITAL CORPORATION D/B/A UNIVERSITY GENERAL HOSPITAL AND EDWARD T. LABORDE, Appellants
### V.
### SHC SERVICES, INC., D/B/A SUPPLEMENTAL HEALTH CARE, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-01940**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Before the Court is appellants' October 9, 2015 motion for an extension of time to file a notice of appeal, appellee's response and supplemental response, and appellant's reply to the response. Where a party files a timely motion for new trial, a notice of appeal is due ninety days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1(a). A party may obtain an extension of time to file a notice of appeal if, within fifteen days after the deadline, the party files a notice of appeal and an extension motion complying with rule of appellate procedure 10.5(b). *See* TEX. R. APP. P. 26.3(a), (b), 10.5(b). An appellate court cannot alter the time for perfecting an appeal in a civil case. *See* TEX. R. APP. P. 2. In the absence of a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

The trial court signed the judgment on June 23, 2015. Appellants filed a timely motion for new trial on July 13, 2015. Accordingly, the notice of appeal was due September 21, 2105 or, with a motion for extension, on Tuesday, October 6, 2015. *See* TEX. R. APP. P. 26.1(a), 26.3. Appellants filed their notice of appeal on October 7, 2015, one day past the deadline. Because appellants failed to file a notice of appeal within the time provided for in the rules of appellate procedure, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

We deny appellant's motion and dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

151238F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DUFEK MASSIF HOSPITAL
CORPORATION D/B/A UNIVERSITY
GENERAL HOSPITAL AND
EDWARD T. LABORDE, JR., Appellants

No. 05-15-01238-CV    V.

SHC SERVICES, INC., D/B/A
SUPPLEMENTAL HEALTH CARE,
Appellee

On Appeal from the 116th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-15-01940.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee SHC SERVICES, INC., D/B/A SUPPLEMENTAL HEALTH CARE recover its costs of this appeal from appellants DUFEK MASSIF HOSPITAL CORPORATION D/B/A UNIVERSITY GENERAL HOSPITAL AND EDWARD T. LABORDE, JR.

Judgment entered December 9, 2015.